JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 372 -- IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/14/78 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SERVICE -- Defendant Federal Election Commission  SUGGESTED TRANSFEREE COURT: D. District of Columbia  SUGGESTED TRANSFEREE JUDGE:                        (cds) |
| 12/20/78 |  | AMENDED SCHEDULE OF ACTIONS TO INCLUDE A-21 and A-22 WITH Actions on Oringinal Motion -- Defendan Fed. Election Comm. -- cert. of service -- attached to orig. mot. cs |
| 12/27/78 |  | APPEARANCES: MACKENZIE CANTER, III, ESQ FOR Henry Walther  WILLIAM C. OLDAKER FOR Federal Election Comm.;  EUGENE DRIKER, ESQ. FOR Mr. Carl Levin and Leven for Senate Comm.; ROBERT BAUER, ESQ. FOR Senator Jennings Randolph and Randolh for Senate Comm.; MACLAY HYDE, ESQ. FOR Donald M. Fraser; BURTON G. WEISBERG, ESQ. FOR Fraser for Senate Comm.; JON E. ELLINGSON, ESQ. FOR Max Baucus and Baucus '78 Comm.; JOHN T. OWENS, ESQ. FOR Senator Joseph Biden, Jr. and Citizens for Biden Committee; ANTHONY F. TROY, ESQ. FOR Andrew Miller, et al.; JEREMIAH C. LYNCH, JR., ESQ. FOR Senator Claiborne Pell, et al.; JOHN W. VARDAMAN, JR., ESQ. FOR Donald Stewart, et al.; JIM GUY TUCKER, FOR James Guy Tucker, Jr., et al.; SIDNEY ST. F. THAXTER, II, ESQ. FOR Senator William Hathaway, et al.; THOMAS E. SALSBERY, ESQ. FOR Senator Richard Clark, et al.; PETER BAUMBUSCH, ESQ. FOR Bill Bradley, et al.  (cds) |
| 12/18/78 | 2 | RESPONSE -- Donald Stewart, et al. -- w/cert. of svc. (emh) |
| 1/2/79 | 3 | RESPONSE -- RESPONSE Henry L. Walther -- w/cert. of svc. (emh) |
| 1/2/79 | 4 | RESPONSE -- Bill Bradley -- w/cert. of svc. (emh) |
| 1/2/79 | 5 | RESPONSE -- Senator William D. Hathaway, et al. -- w/cert. of service  (cds) |
| 1/4/79 | 6 | REPLY/RESPONSE -- Movant Federal Election Comm. -- w/cert. of service   (cds) |
| 1/8/79 | X | APPEARANCE: CHARLES L. RITER, ESQ. FOR Don Barnett and Barnett for U. S. Senate Comm. (cds) |
| 1/22/79 |  | APPEARANCE: JAMES HAUTZINGER, ESQ. FOR People for Haskell |
| 1/29/79 |  | APPEARANCE: JOHN R. BEATTIE, ESQ. FOR Anderson Volunteer Committee and Sen. Wendell Anderson (cds) |
| 2/20/79 |  | HEARING ORDER -- Setting A-1 through A-22 for hearing to be held in N.D. California on March 23, 1979  (cds) |
| 3/16/79 |  | HEARING APPEARANCES: LAWRENCE NOBLE, ESQ. FOR Federal Election Comm.; MACKENZIE CANTER, III, ESQ. FOR Henry Walther; ROBERT BAUER, ESQ. FOR Defendants in 16 actions, Andrew P. Miller and Donald Stewart (cds) |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2

DOCKET NO. 372 -- In re Federal Election Campaign Act Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 3/16/79 | | WAIVER OF ORAL ARGUMENT: Charles D. Ravenel; Sen. Pell and Committee; Dr. Bill Roy and Comm.; Donald Fraser; Sen. Floyd Haskell and People for Haskell; James Tucker, Jr. and Committee; Don Barnett and Committee; Sen. William Hathaway and Committee    (cds) |
| 4/24/79 | 7 | SUPPLEMENTAL RESPONSE -- Henry L. Walther -- w/cert. serv. |
| 4/30/79 | | xCERTxOFxSERVICExxxxHenryxLxxWaltherxxxxxR CORRECTION TO CERT. OF SERVICE attached to Pleading No. 7 -- Henry L. Walther -- w/cert. of svc.   (emh) |
| 5/7/79 | 8 | LETTER--pltf. Henry Walther, dated 5/4/79 signed by Robert Bauer, Esq. (ea) |
| 6/7/79 | | CONSENT OF TRANSFEREE COURT assigning Judge Richey to to handle litigation for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (emh) |
| 6/7/79 | | OPINION AND ORDER -- transferring A-3 through A-22 to to the District of the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. NOTIFIED COUNSEL, JUDGES, CLERKS & RECIPIENTS  (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 372 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/23/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/7/79 | O&O | 511 F Supp 82 | D. District of Columbia | Charles R. Richey | |

Special Transferee Information

DATE CLOSED: 8/7/79

Dismissals

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 372 -- IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1. | Henry L. Walther v. Federal Election Commission | D.C. Richey | 78-2097 | ~~JUN 1979~~ | | 6/15/79 6/15/79 | |
| A-2 | Henry L. Walther v. Federal Election Commission | D.C. Richey | 78-2193 | | | | |
| A-3 | Henry L. Walther v. Carl Levin, et al. | E.Mich. Cook | 78-73053 | 7 JUN 1979 | 79-1497 | 8/7/79 | |
| A-4 | Henry L. Walther v. Charles Revenel, et al. | S.C. Blatt | 78-2018 | 7 JUN 1979 | 79-1501 | | |
| A-5 | Henry L. Walther v. Senator Jennings Randolph, et al. | N.W.Va. Maxwell | 78-215-E | 7 JUN 1979 | 79-1505 | | |
| A-6 | Henry L. Walther v. Donald M. Fraser, et al. | Minn. Alsop | 78-521 | 7 JUN 1979 | 79-1498 | | all |
| A-7 | Henry L. Walther v. Wendell Anderson, et al. | Minn. Alsop | 4-78-522 | ~~JUN 1979~~ | | 5/21/79 | rear la trans |
| A-8 | Henry L. Walther v. Congressman Max Baucus, et al. | Montana Smith | 78-88-m | Do Not Count | | 3/20/79 3/10/79 | |
| A-9 | Henry L. Walther v. Joseph Biden, et al. | Del. Latchum | 78-473 | | | | |
| A-10 | Henry L. Walther v. Senator Edward Brooke, et al. | Mass. Skinner | 78-3089-C | 7 JUN 1979 | 79-1496 | | |

DOCKET NO. 372 -- IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Henry L. Walther v. Andrew Miller, et al. | E.D.Va. Kellam | 78-3515-A | 7 JUN 1979 | 79-1504 | 8/7/79 | |
| A-12 | Henry L. Walther v. Senator Claiborne Pell, et al. | R.I. Pettine | 78-0687 | 7 JUN 1979 | 79-1500 | | |
| A-13 | Henry L. Walther v. Donald Stewart, et al. | N.D.Ala. McFadden | CA78M1265E | 7 JUN 1979 | 79-1489 | | |
| A-14 | Henry L. Walther v. James Guy Tucker, Jr., et al. | E.D.Ark. Roy | LR-C-78-445 | 7 JUN 1979 | 79-1490 | | |
| A-15 | Henry L. Walther v. Senator William Hathaway, et al. | Maine Gignoix | 78-222 SD | 7 JUN 1979 | 79-1495 | | |
| A-16 | Henry L. Walther v. Don Barnett, et al. | S.Dak. Nichol | 78-4118 | 7 JUN 1979 | 79-1502 | | a/l |
| A-17 | Henry L. Walther v. Senator Floyd Haskell, et al. | Colo. Matsch | 78-M1241 | 7 JUN 1979 | 79-1491 | | |
| A-18 | Henry L. Walther v. Dr. Bill Roy, et al. | D.Kansas Brown | 78-1471 | 7 JUN 1979 | 79-1493 | | |
| A-19 | Henry L. Walther v. Senator Richard Clark, et al. | S.D.Iowa Stuart | 78-357-1 | 7 JUN 1979 | 79-1492 | | |
| A-20 | Henry L. Walther v. Bill Bradley, et al. | N.J. Meanor | 78-2846 | 7 JUN 1979 | 79-1499 | | |
| A-21 | Henry L. Walther v. Senator Walter D. Huddleston, et al. | W.D.Ky. Allen | C78-0466-L(A) | 7 JUN 1979 | 79-1494 | | |
| A-22 | Henry L. Walther v. Joe Christie, et al. | W.D.Tex. Sessions | EP78-CA-229 | 7 JUN 1979 | 79-1503 | | |

July 1979

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 372 -- IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

---

HENRY L. WALTHER (A-1 through A-22)
MacKenzie Canter, III
Webster & Chamberlain
1747 Pennsylvania Avenue, N.W.
Washington, D. C.  20006

FEDERAL ELECTION COMMISSION
William C. Oldaker, General Counsel
Deborah E. McFarland, Attorney
Federal Election Commission
1325 K Street, N.W.
Washington, D. C.  20463

MR. CARL LEVIN
LEVIN FOR SENATE COMMITTEE
Eugene Driker, Esquire
Barris, Sott, Denn & Driker
2100 First Federal Building
1001 Woodward Avenue
Detroit, Michigan  48226

CHARLES RAVENEL
201 Mary Street
Mt. Pleasant, S.C.  29464

RAVENEL FOR SENATE COMMITTEE
c/o Charles R. Simonds, Treas.
184 E. Bay Street
Charleston, S.C.  29401

SENATOR JENNINGS RANDOLPH
RANDOLPH FOR SENATE COMMITTEE
Robert Bauer, Esquire
Preston, Thorgrimson, Ellis, Holman
  & Fletcher
1776 F Street, N.W., Suite 201
Washington, D.C.  20006

DONALD M. FRASER
Maclay R. Hyde, Esq.
Lindquist & Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota  55402

FRASER FOR SENATE COMMITTEE
Burton G. Weisberg, Esq.
Share, Evidon & Weisberg, P.A.
5353 Gamble Drive, Suite 110
Minneapolis, Minnesota  55416

ANDERSON VOLUNTEER COMMITTEE
SENATOR WENDELL ANDERSON
Mr. John R. Beattie
Larkin, Hoffman, Daly & Lindgren, Ltd.
1500 Northwestern Financial Center
7900 Xerxes Avenue South
Bloomington, Minnesota  55431

MAX BAUCUS
BAUCUS '78 COMMITTEE
Jon E. Ellingson, Esq.
610 W. Bank Building
Missoula, Montana  59801

SENATOR JOSEPH BIDEN, JR.
CITIZENS FOR BIDEN COMMITTEE
John T. Owens, Esquire
Walsh, Monzack & Owens
400 Market Tower
Wilmington, Delaware  19801

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 372 -- IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

---

SENATOR EDWARD BROOKE
United States Senate *Con returned*
Washington, D.C. 20510

FRIENDS OF EDWARD E. BROOKE
c/o Betsy R. Warren, Treasurer
2804 Dunbarton Avenue, N.W.
Washington, D.C. 20007

ANDREW MILLER
McLEAN T. O'FERALL, TREAS.,
MILLER FOR SENATE COMMITTEE
Anthony F. Troy, Esq.
Mays, Valentine, Davenport & Moore
P. O. Box 1122
Richmond, Virginia 23208

SENATOR CLAIBORNE PELL
RE-ELECT SENATOR PELL COMMITTEE
Jeremiah C. Lynch, Jr.
Moore, Virgadamo & Lynch, Ltd.
112 Bellevue Avenue
Newport, Rhode Island 02840

DONALD STEWART
FRIENDS OF DONALD STEWART COMMITTEE
John W. Vardaman, Jr., Esq.
Williams & Connolly
839 17th Street, N.W.
Washington, D. C. 20006

JAMES GUY TUCKER, JR.
JIM GUY TUCKER FOR SENATE COMMITTEE
James Guy Tucker, Jr., Esquire
2148 1st National Building
Little Rock, Arkansas 72201

SENATOR WILLIAM D. HATHAWAY
COMMITTEE TO RE-ELECT SENATOR HATHAWAY
Sidney St. F. Thaxter, II
Curtis, Thaxter, Corey, Lipez & Stevens
One Canal Plaza, Box 7320
Portland, Maine 04112

---

DON BARNETT
BARNETT FOR U.S. SENATE COMMITTEE
Charles Riter, Esq.
Bangs, McCullen, Butler, Foye & Simmons
818 St. Joe Street, P.O. Box 2670
Rapid City, SD 57709

SENATOR FLOYD HASKELL *Con returned*
1034 West Peak View Circle
Littleton, Colorado 80123

PEOPLE FOR HASKELL
James E. Hautzinger, Esq.
Dawson, Nagel, Sherman & Howard
2900 First of Denver Plaza
633 Seventeenth Street
Denver, Colorado 80202

DR. BILL ROY
DR. BILL ROY FOR SENATE COMMITTEE
Terry D. Watson, Esq.
1507 So. Topeka
Topeka, Kansas 66612

SENATOR RICHARD CLARK
DICK CLARK SENATE COMMITTEE
Thomas E. Salsbery
Thoma, Schoenthal, Davis, Hockenberg,
    & Wine
2300 Financial Center
Des Moines, Iowa 50309

BILL BRADLEY
BILL BRADLEY FOR U. S. SENATE, INC.
Peter Baumbusch, Esq.
Gibson, Dunn & Crutcher
818 Connecticut Avenue, N.W.
Washington, D. C. 20006

SENATOR WALTER D. HUDDLESTON
United States Senate
Washington, D. C. 20510

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 372 -- IN RE FEDERAL ELECTION CAMPAIGN ACT LITIGATION

---

HUDDLESTON SENATE COMMITTEE
c/o George E. Spaulding, Jr., Treas.
Post Office Box 1978
7th Floor
Frankfurt, Kentucky  40602


JOE CHRISTIE
CHRISTIE COMMITTEE
c/o Laurel Taylor, Treasurer
815 Brazos, Suite 703
Austin, Texas  78701

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 372 -- In re Federal Election Campaign Act Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Carl Levin | A-3 |
| Levin for Senate Comm. | A-3 |
| Charles Ravenel | A-4 |
| Ravenel for Senate Comm. | A-4 |
| Senator Jennings Randolph | A-5 |
| Randolph for Senate Comm. | A-5 |
| Donald M. Fraser | A-6 |
| Fraser Senate Committee | A-6 |
| Senator Wendell Anderson | A-7 |
| Senator Wendell Anderson Volunteer Committee | A-7 |
| Congressman Max Baucus | A-8 |

p. 2

| | |
|---|---|
| Baucus '78 Committee | A-8 |
| Joseph Biden, Jr. | A-9 |
| Citizens for Biden Committee | A-9 |
| Senator Edward Brooke | A-10 |
| Friends of Edward W. Brooke | A-10 |
| Andrew Miller | A-11 |
| McLean T. O'Ferall, Treas Miller for Senate Comm. | A-11 |
| Senator Claiborne Pell | A-12 |
| Re-Elect Senator Pell Committee | A-12 |
| Donald Stewart | A-13 |
| Friends of Donald Stewart Committee | A-13 |

JPML FORM 3

p. **3**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 372 -- In re Federal Election Campaign Act Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| James Guy Tucker, Jr. | A-14 |
| Jim Guy Tucker for Senate Committee | A-14 |
| Senator William Hathaway | A-15 |
| Committee to Re-Elect Senator Hathaway | A-15 |
| Don Barnett | A-16 |
| Barnett for U. S. Senate Committee | A-16 |
| Senator Floyd Haskell | A-17 |
| People for Haskell | A-16 |
| Dr. Bill Roy | A-18 |
| Dr. Bill Roy for Senate Committee | A-18 |
| Senator Richard Clark | A-19 |

p. 4

| | A-19 |
|---|---|
| Dick Clark Senate Comm. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |